IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHANE R. BAGLEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-10-732-M |
| ) | |
| DEPARTMENT OF CORRECTIONS ) | |
| and DIRECTOR JUSTIN JONES, ) | |
| ) | |
| Respondents. ) | |

## ORDER

On October 12, 2010, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended this action be dismissed without prejudice based on a failure to exhaust state court remedies. Petitioner was advised of his right to object to the Report and Recommendation by October 29, 2010. A review of the file reveals that petitioner has not filed an objection.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on October 12, 2010, and

(2) DISMISSES this action without prejudice.

**IT IS SO ORDERED this 4th day of November, 2010.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE